UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERON HUGGINS | Honorable Douglas E. Arpert<br><br>Criminal No. 19-MJ-1564<br><br>**ORDER** |

This matter having come before the Court by motion of the United States Attorney's Office (Martha K. Nye, Assistant United States Attorney, appearing), and defendant Teron Huggins (David R. Oakley, Esq. appearing), having previously pled guilty before the Honorable Anne E. Thompson on May 14, 2020 to two counts of a Superseding Information as charged in 19-CR-804-4, and the Government asking that the charges under docket 19-MJ-1564 be dismissed as they were incorporated in the above described guilty plea; and for good cause shown:

IT IS, therefore, on this 18th day of July, 2023

ORDERED that the motion of the United States to dismiss the charges as filed under docket 19-1564 as to this defendant, TERON HUGGINS, is GRANTED.

HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

1